# UNITED STATES DISTRICT COURT

__WESTERN__  District of  __ARKANSAS__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

ISAAC CLINTON ALLEN

Case Number: 2:12CR20044-001

USM Number: 10012-062

James Pierce
Defendant's Attorney

**THE DEFENDANT:**

X plead guilty to violation of condition(s) __New Law Violation__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| New Law Violation | Arrested July 16, 2012, for distribution of methamphetamine, a Schedule II Controlled Substance, 4 counts. | July 16, 2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-2269

Defendant's Date of Birth: xx/xx/1976

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxxxx

Fort Smith, AR 72903

Defendant's Mailing Address:

Same as above

February 13, 2013
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, Senior United States District Judge
Name and Title of Judge

February 14, 2013
Date

DEFENDANT: ISAAC CLINTON ALLEN
CASE NUMBER: 2:12CR20044-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **twenty-four (24) months to run consecutively to federal case 2:12CR20036-001.**
**No term of supervised release to follow term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL